IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
JANE MELVIN,

      Plaintiff,

v.

ARTHREX, INC.,

      Defendant.
------------------------------------X

Case No. 7:22-cv-01004 (KMK)(JCM)

[~~PROPOSED~~] ORDER ON SEALING PORTIONS OF THE NOTICE OF REMOVAL

**WHEREAS,** on February 4, 2022, Defendant Arthrex, Inc. filed a notice of removal in this Court; and

**WHERAS,** on February 14, 2022, Plaintiff Jane Melvin requested that paragraphs 23 through 25 of that notice of removal be sealed or redacted; and

**WHEREAS,** after considering the parties' letter submissions and argument during the February 22, 2022, hearing,

**IT IS, ON THIS** 24th **DAY OF** February **, 2022, ORDERED** as follows:

1. Plaintiff's request to seal or redact paragraphs 23 through 25 of Arthrex, Inc.'s notice of removal is hereby **GRANTED**;

2. The Clerk of Court is directed to change the viewing level of ECF Doc. 1 in Case No. 7:22-cv-01004 (KMK)(JCM) so that only the Court and counsel of record in this matter can access that document; and

3. Arthrex, Inc. shall promptly file the original notice of removal, with paragraphs 23 through 25 redacted, as a new document.

_____
Honorable Kenneth M. Karas
United States District Judge