

**MEMO ENDORSED**

**SARACINO MORRIS LAW GROUP PLLC**
600 Mamaroneck Avenue Suite 400 • Harrison NY 10528
(914) 355-3330 TEL • (914) 801-5907 FAX
www.SMLAWGRP.com

**VIA ECF**  March 22, 2022

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re: *Jane Melvin v. Arthrex, Inc.*
         Docket No.: 7:22-cv-01004-KMK

Dear Judge Karas:

    This firm represents the plaintiff Jane Melvin, in the above referenced matter. Upon careful review of the declarations and exhibits submitted by Arthrex in its opposition, the plaintiff hereby in good faith withdraws its motion to remand this matter to state court. The declarations of Arthrex employees L. Mears, B. Szymanski and C. Highman, as well as certain exhibits annexed thereto, provide sufficient admissible proof of when our pleading was served upon Arthrex by the New York Secretary of State, as well as an acceptable timeline of how and when our CPLR 3215 (g)(4)(i) "additional service" package mailed by this office made its way to Arthrex's legal department. The removal appears timely and we see no evidence of purposeful delay and presenting further argument to remand would appear moot and not the proper use of the court's time.

    Thank you for your attention to this matter.

Granted. The Clerk is to terminate the
Motion to Remand (Doc. # 17).

So Ordered.

*/s/ KMK*
3/22/22

Respectfully submitted,

*/s/ Gregory Saracino*

Gregory Saracino
914.355.3330 | office
gsaracino@SMLAWGRP.com

CC: All counsel via ECF