UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JANE MELVIN,

|                          |                              |
| Plaintiff,               | **ORDER**                    |
| -against-                | 22 Civ. 1004 (KMK)(JCM)      |

ARTHREX, INC.,

                                      Defendant.
-------------------------------------------------------X

On May 2, 2022, this Court scheduled a status conference for July 7, 2022 at 11:00 a.m. in Courtroom 421. (Docket No. 31). Counsel for Plaintiff did not appear at the July 7, 2022 conference, nor did he contact the Court to request an adjournment or otherwise notify the Court of an inability to attend the conference.

Accordingly, counsel for Plaintiff is directed to submit a letter to the Court by close of business July 8, 2022 explaining his failure to appear. Furthermore, all counsel shall participate in a telephone conference on August 22, 2022 at 10:00 a.m. Counsel shall call 877-873-8017 and enter access code 4264138 at the time of the conference.

Dated:    July 7, 2022
          White Plains, New York

                              **SO ORDERED:**

                              JUDITH C. McCARTHY
                              United States Magistrate Judge