

**MEMO ENDORSED**

SARACINO MORRIS LAW GROUP PLLC
600 Mamaroneck Avenue Suite 400 • Harrison NY 10528
(914) 355-3330 TEL • (914) 801-5907 FAX
www.SMLAWGRP.com

**VIA ECF**                                                                  July 20, 2022

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

      Re:   *Jane Melvin v. Arthrex, Inc.*
              Docket No.: 7:22-cv-01004-KMK

Dear Judge Karas:

      This firm represents the plaintiff Jane Melvin in the above referenced matter and we write with consent of all parties requesting an adjournment of the telephonic pre-motion conference presently scheduled for July 21, 2022 at 2:00 p.m.

      Both sides appeared telephonically before the court on July 14, 2022 for a pre-motion conference on the defendant Arthrex Inc.'s proposed motion to dismiss. The parties advised Your Honor that settlement talks were ongoing at the time and requested an adjournment, and the court adjourned the conference to July 21, 2022. The parties continue to talk possible settlement and another week's adjournment is respectfully requested, or as soon thereafter as counsel can be heard.

      Thank you for your attention to this matter.

Granted. The conference is adjourned to 7/28/22, at 11:00.

So Ordered.
*/s/ KMK*
7/20/22

Respectfully submitted,

*/s/ Gregory Saracino*

Gregory Saracino
914.355.3330 | office
gsaracino@SMLAWGRP.com

CC: All counsel via ECF